UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL THOMAS THRASHER,<br><br>                        Petitioner,<br><br>  v.<br><br>STEVE SINCLAIR,<br><br>                        Respondent. | Case No. C10-1775-RAJ<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS |

The court has reviewed the Report and Recommendation ("R&R") (Dkt. # 25) of James P. Donohue, United States Magistrate Judge. The court notes that Petitioner filed no objection, and that when the clerk mailed the R&R to Petitioner at his address of record, it was returned as undeliverable, just as numerous other documents have been returned in this case.

The court orders as follows.

(1) The court adopts the Report and Recommendation.

(2) The court DISMISSES this case without prejudice for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3) The court strikes Respondent's motion to stay (Dkt. No. 19) as moot.

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS COPRUS - 1

(4) The court directs the clerk to send copies of this Order to petitioner at his last known address, to counsel for respondent, and to the Honorable James P. Donohue.

DATED this 10th day of August, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER DISMISSING PETITION FOR WRIT
OF HABEAS COPRUS - 2